# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-CV-5366

Roor International BV and Sream, Inc.

Plaintiff

vs.

Vape 101, Inc., et al.

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Amended Complaint For Injunctive Relief and Damages**

PARTY SERVED: **ESSAM MISHO**

PERSON SERVED: **LEDEA ESHO, SISTER-IN-LAW**

METHOD OF SERVICE: **Substitute** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof.

DATE & TIME OF DELIVERY: **02/26/2020 at 3:29 PM**

ADDRESS, CITY AND STATE: **4223 W JARVIS AVE, LINCOLNWOOD, IL 60712**

DESCRIPTION: **White, Female, 40, 5'5", 200 lbs, Brown hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Steven A. Stosur, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the _____ day of _____, _____.

_____
NOTARY PUBLIC

*OFFICIAL SEAL*
*JOAN C HARENBERG*
*NOTARY PUBLIC - STATE OF ILLINOIS*
*MY COMMISSION EXPIRES:04/28/21*

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **430557**